**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| **MIKAYLAH GREEN, Individually and on Behalf of All Others Similarly Situated** | **PLAINTIFF** |
| **v.**   Case No. 4:19-cv-00215-LPR | |
| **BURKHALTER TECHNOLOGIES, INC.; BURKHALTER F.B.W., LLC; AND JOHN BURKHALTER** | **DEFENDANTS** |

## JUDGMENT

Based on (Doc. No. 16) Plaintiff's Notice of Acceptance of Offer of Judgment, it is hereby considered, ordered, and adjudged that judgment be entered in the amount of $250.00 in favor of Mikaylah Green.

IT IS SO ADJUDGED this 23rd day of June 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE